588

No. 435. NEW YORK RAPID TRANSIT CORP. *v.* NEW YORK CITY; and

No. 436. BROOKLYN AND QUEENS TRANSIT CORPORATION *v.* NEW YORK CITY. April 25, 1938. 303 U. S. 573.

No. 563. UNITED STATES *v.* HENDLER, TRANSFEREE. April 25, 1938. 303 U. S. 564.

No. 455. DEITRICK, RECEIVER, ET AL. *v.* STANDARD SECURITY & CASUALTY CO. May 2, 1938. 303 U. S. 471.

No. 844. ROBERT JACOB, INC., *v.* GUNNARSON, ADMINISTRATRIX. May 2, 1938.

No. 856. QUICK ACTION IGNITION CO. *v.* BRIGGS & STRATTON CORP. May 2, 1938. 303 U. S. 661.

No. 943. CONWAY *v.* ALLEN, JUDGE. See *ante*, p. 547.

No. 304. KELLEY ET AL. *v.* ATLANTIC CITY ET AL. May 16, 1938. Motion for leave to file a second petition for rehearing is granted, and petition denied. 302 U. S. 722.

No. 831. BONET, TREASURER, *v.* QUILES. May 16, 1938. 303 U. S. 662.

No. 832. BONET, TREASURER, *v.* VALIENTE & CO. May 16, 1938. 303 U. S. 662.

No. 846. STANDARD MARINE INS. CO. *v.* WESTCHESTER FIRE INS. CO. May 16, 1938. 303 U. S. 661.